## STATEMENT OF FACTS

On various dates between April 2014 and September 2014, the undersigned affiant used a law enforcement tool to review Internet Protocol ("IP") addresses that (1) had been recorded by the law enforcement tool as sharing suspected child pornography images or videos, identified by their unique SHA1 hash values, on a peer-to-peer ("P2P") file-sharing network; and (2) were believed to resolve back to physical addresses located in the District of Columbia based on a commercial geolocation program utilized by the law enforcement tool. An IP address is unique to a particular computer during an online session and makes it possible for data to be transferred directly between computers.

The law enforcement tool indicated that the IP address 66.44.63.109 ("Target IP") was used to share known child pornography images and/or videos and that the computer using the IP address was physically located in the District of Columbia. Specifically, the IP address was located in the residence of Michael Centanni ("defendant") and his wife. The IP address was registered to the defendant's wife under her maiden name.

Between April 28, 2014, and September 30, 2014, your affiant, using a law enforcement tool, was able to view, on multiple occasions, a list of suspected child pornography files that the IP address registered to the defendant's residence has made available to share with other users on the P2P networks. The list included the file name, date and time the file was available, the file's hash value, the Globally Unique Identifier ("GUID") of the file-sharing client,[1] and file size.

On April 28, 2014, your affiant learned that since June 27, 2013, the Target IP was on two P2P networks, eDonkey and Gnutella, with a total of approximately 363 suspected child pornography files available for sharing. The Target IP was using the file-sharing client Shareaza, which can operate on both the eDonkey and Gnutella network. Two of the files were offered for sharing by the Target IP on April 28, 2014 at 8:44:29 Greenwich Mean Time ("GMT") and at 16:34:20 GMT. The following is the name and the Secure Hash Algorithm 1 ("SHA1") hash value for the two files:

**File #1 Name:** 2yo ass fuck she cries for mommy nasty pthc pedo 1yo 3y 4yo.mpg
SHA1 Base 32 Hash Value: WY4ESREJEUQ7ZVATZEWE2D4GWTWQEXG6
**File #2 Name:** pedo – 12yo girl sucks cock with mom.mpg
SHA1 Base 32 Hash Value: FWLZD3YDRCI4A7D4UYULI5GIUHE2523C

---

[1] The Globally Unique Identifier (GUID) is a series of letters and numbers assigned to a computer when a file-sharing client is installed on a computer. The GUID will remain the same even if the user utilizes a different IP address. This allows law enforcement to track IP addresses across the Internet when a user receives different IP addresses from the ISP. However, with respect to the file-sharing client eMule, a new GUID will be created on the computer if the user removes the file-sharing client and then re-installs eMule. Based on other peer-to-peer clients, generally an upgrade to a newer version will not change the GUID but the installation of a newer version will change the GUID.

1

Your affiant was able to view an exact copy of the files above based on the SHA1 Base 32 hash value. The exact copies were acquired by law enforcement during previous investigations and are known child pornography.

Your affiant viewed an exact copy of File #1 and determined that it depicted child pornography. The file is a video is approximately 2 minutes and 18 seconds in length and begins with an unidentified adult male inserting his penis into the anus of a prepubescent female minor, who appears to be under the age of five. Approximately 15 seconds into the video, the female minor cries "no" while the adult male says "good baby". The female minor continues crying while the adult male is anally penetrating her. Approximately 45 seconds into the video, the adult male says "stop crying" and continues to penetrate her. The adult continues to penetrate the female minor's anus while the female minor cries "mommy" numerous times until the end of the video, when he removes his penis and ejaculates. The video ended shortly thereafter.

Your affiant viewed an exact copy of File #2 and determined that it depicted child pornography. The file is a video that is approximately 12 minutes and 24 seconds in length. The video begins with a nude prepubescent female minor lying on a couch with an unidentified adult male. The female minor is masturbating the adult male. This continues for approximately 4 minutes and 15 seconds. At this point in the video, the female minor is rubbing the adult male's penis on her vagina. This continues for approximately 2 minutes and 30 seconds. At this point in the video, the female minor begins performing oral copulation on the adult male. This continues for approximately 2 minutes. At this point in the video, the female minor begins rubbing the adult male's penis on her vagina again. Approximately one minute later, an adult female is seen in the video performing oral copulation on the adult male while the female minor watches. The female minor then performs oral copulation on the adult male while the adult female watches. The adult female begins to rub the female minor's vagina while the female minor continues to perform oral copulation on the adult male. The video ends shortly thereafter.

On or about May 12, 2014, your affiant conducted an address query in a law enforcement database. That search returned information that showed the defendant and his wife were most recently associated with the address in Washington, D.C. That database also showed multiple vehicles registered to both the defendant and his wife at that address.

Between July 30, 2013 and August 28, 2014, the Target IP was seen with approximately 402 suspect child pornography files available for sharing on the eDonkey and Gnutella networks.

On or about September 10, 2014, your affiant sent a DHS summons to RCN Telecom, requesting subscriber information for the Target IP on August 26, 2014 at 08:12:32 GMT and on August 27, 2014 at 02:35:07 GMT. On these exact dates and times, the Target IP was seen with suspected child pornography files (based upon the file names) available for sharing. On October 1, 2014, RCN returned the Target IP subscriber information as belonging to the defendant's wife.

On September 21, 2014, the Target IP was seen on the Gnutella network with suspected child pornography files available for sharing. Your affiant was unable to view an exact copy of these suspected child pornography files, but some of the file names were indicative of child abuse material. The file names included "PEDO-PTHC- SELECTED – 2014- ONLY THE BEST (57).avi", "(pthc pedo)11yo-13yo suck first lesbo play.avi", and "[ 2 Daughters + Neighbour Daughter ] gst-03.jpg."

On or about October 14, 2014, law enforcement officers, including the affiant, executed a search warrant for the address in Washington, D.C. associated with the target IP address and the defendant. Pursuant to that warrant, law enforcement seized several pieces of electronic media, including a computer tower and memory cards that were discovered in the basement. Your affiant interviewed the defendant's wife, who was present during the search warrant. The wife stated that the defendant used the basement computer but was not sure if her children also used that computer. A preview of the computer showed several images of nude prepubescent female minors engaged in sexual activity.

Pursuant to a forensic analysis of the computer tower, a forensic agent discovered approximately 20 unique images of nude female minors. Most of the images were located in the folder "Users\Owner\Documents\UsenetDownloads." Many of the images depicted nude female minors with their legs spread apart, and their vaginas and anuses clearly visible. One image located on the computer depicted a masked female minor with an adult male forcing his penis in the child's mouth.

The forensic analysis also revealed videos located on two SanDisk memory cards. A 32 gigabyte memory card was attached to the computer tower, and a 4 gigabyte memory card was located in the basement desk above the computer tower. Located on the 4 gigabyte memory card were four videos taken with a hidden camera in what appears to be the bathroom adjacent to the children's' bedrooms. The hidden camera videos depict an approximately 12 year-old female child removing her clothing and entering the shower. The child's face, neck, and breasts are clearly visible.

With respect to the 32 gigabyte video, the forensic analysis located approximately 7,000 videos that recorded the master bedroom of the residence. Two videos, approximately 30 seconds in length each, depict the defendant in bed with an approximately 5 year-old female child. As the child is sleeping, the defendant turns on a night stand lamp and reaches over toward the child. The defendant then gently lifts the child's shirt and reaches for his glasses on the night stand. The defendant then pulls the covers on the bed downward to expose the child's lower torso and appears to stare toward the child's lower torso area before touching the child in the lower torso area and reaching toward his mouth. The defendant's hand then returns to the child's lower torso area before the child stirs. The defendant then turned off the light.

Upon information and belief, the defendant is the father of an approximately 15 year-old son, an approximately 14 year-old daughter, an approximately 10 year-old son, and an approximately 5 year-old daughter.

---

SPECIAL AGENT SHERMAN WOODEN
HOMELAND SECURITY INVESTIGATIONS

Sworn and subscribed to before me this _____ day of October, 2014.

United States Magistrate Judge